**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

OSCAR F. TURNER-BEY, Register No. 168840,   )
              )
           Plaintiff,      )
              )
           v.        )      No. 05-4384-CV-C-SOW
              )
DAVE DORMIRE, et al.,       )
              )
         Defendants.    )

## ORDER

On January 26, 2006, the United States Magistrate Judge recommended that plaintiff's motion for a temporary restraining order be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's January 26, 2006, Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff's motion for a temporary restraining order is denied [1].


/s/_____

SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 6, 2006
Kansas City, Missouri